# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FORD KEVIN COOTS, <br><br> Defendant. | Case No. 17-00382-01-CR-W-BP |

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND FINDING DEFENDANT INCOMPETENT TO STAND TRIAL

On December 22, 2017, the Honorable Sarah W. Hays, Chief United States Magistrate Judge for this District, issued a Report recommending that the undersigned find that Defendant is incompetent to stand trial. (Doc. 17.) The Court has reviewed the psychiatric report dated December 20, 2017, (Doc. 14), and the transcript of the proceedings before Judge Hays. (Doc. 18.) Based on the psychiatric report and the transcript, and the lack of an objection from either party, the Court adopts Judge Hays' recommendation and finds Defendant is incompetent to understand the nature and consequences of the proceedings against him or properly assist in his defense. The Court also adopts Judge Hays' recommendation that Defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d)(1) as specified in Judge Hays' Report.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
DATE: January _9_, 2018                    UNITED STATES DISTRICT COURT