# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17-00382-01-CR-W-BP ) |
| FORD KEVIN COOTS, | ) ) |
| Defendant. | ) |

## ORDER

On March 26, 2018, Defendant was admitted to the U.S. Medical Center for Federal Prisoners for competency restoration treatment with Dr. Elizabeth A. Tyner, Ph.D., Forensic Psychologist. On April 22, 2019, Dr. Tyner filed a Forensic Report regarding Defendant's competency. It is the opinion of Dr. Tyner that Defendant is competent to proceed. (Doc. 26.) During a hearing held before United States Magistrate Judge Lajuana M. Counts on May 20, 2019, Defendant and the Government stipulated that if called to testify, Dr. Tyner would testify consistently with the Forensic Report, and no other evidence was proffered. Thereafter, Judge Counts issued a Report recommending that the Court find that Defendant is competent to proceed. (Doc. 30.) The parties have waived the filing of any objections to the Report and Recommendation. Accordingly, after reviewing the Record (including Tyner's report), it is

ORDERED that the Report and Recommendation of Judge Counts is adopted in its entirety, and this Court finds that Defendant does not suffer from a mental disease or defect that would prevent him from understanding the nature and consequences of these proceedings or assisting in his defense.

**IT IS SO ORDERED.**

                                                                      _/s/Beth Phillips_
                                                         BETH PHILLIPS, CHIEF JUDGE
DATE: May _23_, 2019                      UNITED STATES DISTRICT COURT