**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

                    Plaintiff,

      v.                           Case No. 17-00382-01-CR-W-BP

FORD KEVIN COOTS,

                    Defendant.

## ORDER DISMISSING CASE

    At the request of the Government, the Indictment filed against Defendant on December 12,

2017 is dismissed.  The Motion to Dismiss, (Doc. 35), is **GRANTED**.


**IT IS SO ORDERED.**


Date: June _7__, 2019                    /s/ Beth Phillips_____
                                          BETH PHILLIPS, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT